**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:       White Lion Holdings, v. The State of Texas

Appellate case number:    01-14-00104-CV

Trial court case number:  D-1-GV-13-001068

Trial court:                      98th District Court of Travis County

On February 13, 2014, the parties filed a joint motion to abate this appeal. The motion is **DENIED WITHOUT PREJUDICE** to refiling.

If the parties wish the Court to consider abatement, more information is needed regarding settlement negotiations and the environmental testing noted in the motion. Should a motion to abate be filed, it should state a definitive time frame for the requested abatement. Specifically, it should address the following:

1. When the ongoing site testing is scheduled to be completed.

2. How much time the parties believe is reasonably necessary to negotiate and determine if the case can be settled once the testing is completed.

3. Is there currently a mediation scheduled, and, if so, when?

It is so ORDERED.

Judge's signature: /s/ Justice Harvey Brown
                          X  Acting individually      ☐ Acting for the Court

Date:  February 18, 2014